TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEVIN B. FINN (Cal. Bar No. 128072)
DANIEL A. BECK (Cal. Bar No. 204496)
AARON C.G. CARPENTER (Cal. Bar No. 273446)
Assistant United States Attorneys
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2574
        Facsimile: (213) 894-7819
        E-mail: kevin.finn@usdoj.gov
                daniel.beck@usdoj.gov
                aaron.carpenter2@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POLARIS INDUSTRIES, INC., POLARIS SALES, INC., ERNEST YANEZ, JR., and Does 1 to 10,<br><br>Defendants. | Case No. 2:19-cv-06830 ODW (KSx)<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND CONTINUE TRIAL AND ALL PRETRIAL DEADLINES**<br><br>**[*Proposed*] Order Submitted Herewith**<br><br>Current Pretrial Conference: Jan. 31, 2022<br>Current Trial: March 1, 2022<br><br>Hon. Otis D. Wright, II |

1

This case arises from a wildland fire known as the "Pilot Fire," which began on August 7, 2016. Plaintiff the United States of America contends that defendants Polaris Industries, Inc. and Polaris Sales, Inc. (the "Polaris Defendants") and Ernest Yanez, Jr. ("Yanez") caused the ignition of the Pilot Fire, and brought this action to recover damages that the United States claims the Pilot Fire caused.

The United States and the Polaris Defendants have recently reached a tentative global settlement of all claims against the Polaris Defendants, conditional on the United States obtaining the necessary final approvals. It is anticipated that the United States' claims against the remaining defendant Yanez will be resolved soon as well.

The parties to the instant action therefore stipulate to stay all discovery in the case and to continue the trial of this matter, as well as all pretrial dates, by approximately ninety (90) days from March 1, 2022 to June 7, 2022. The attached proposed order contains all of the proposed new dates, which are also continued by approximately ninety days from the Court's current scheduling order [Dkt. no. 50].

The parties desire to minimize any additional expenditure of costs and fees for all parties during the course of the lengthy approval process for the United States. The parties believe it is in the best interests of the case, and promotes an efficient and just resolution of the case, to stay discovery pending finalization of the resolution of the case. The continuance will allow sufficient time to complete discovery and other pretrial activities if final approvals are not obtained.

This is the parties' first stipulation for a continuance of the trial and pretrial dates. The parties believe that good cause exists for this continuance because (1) they have reached a tentative settlement between the United States and the Polaris Defendants that should effectively resolve the case, but require additional time to obtain the necessary approvals within a governmental entity, the United States, which requires a significant amount of time (particularly with the recent administration change); (2) it is appropriate to minimize costs and fees for all parties for the duration of the approval process, and to cease further discovery and pretrial activities; (3) it is just and in the best

interests of the parties in this case, as well as the state court case, to resolve all of the claims arising from the Pilot Fire in a global settlement; and (4) the parties will require the additional time currently available to complete pretrial activities if the settlement is not approved.

Dated: June 16, 2021

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Michael D. Meuti*
MICHAEL D. MEUTI

Attorneys for Defendants Polaris Industries, Inc. and Polaris Sales, Inc.

Dated: June 16, 2021

WINET PATRICK GAYER CREIGHTON & HANES

*/s/ Steven A. Tisi*
RANDALL L. WINET
STEVEN A. TISI
Attorneys for Defendant Ernest Yanez

Dated:  June 16, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/  Daniel A. Beck*
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing