TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEVIN B. FINN (Cal. Bar No. 128072)
DANIEL A. BECK (Cal. Bar No. 204496)
AARON C.G. CARPENTER (Cal. Bar No. 273446)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2574
    Facsimile: (213) 894-7819
    E-mail: kevin.finn@usdoj.gov
          daniel.beck@usdoj.gov
          aaron.carpenter2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>POLARIS INDUSTRIES, INC., POLARIS SALES, INC., ERNEST YANEZ, JR., and Does 1 to 10,<br><br>    Defendants. | Case No. 2:19-cv-06830 ODW (KSx)<br><br>**JOINT STATUS REPORT**<br><br>Hon. Otis D. Wright, II |

1

# JOINT STATUS REPORT

The Parties respectfully submit this joint status report pursuant to the minute order that the Court issued on June 17, 2021 [Dkt. no. 56] (the "Minute Order").

This case arises from a wildland fire known as the "Pilot Fire," which began on August 7, 2016. Plaintiff the United States of America contends that defendants Polaris Industries, Inc. and Polaris Sales, Inc. (the "Polaris Defendants") and Ernest Yanez, Jr. ("Yanez") (collectively, the "Parties") caused the ignition of the Pilot Fire, and brought this action to recover damages that the United States claims the Pilot Fire caused.

The Parties submitted a joint stipulation on June 16, 2021 [Dkt. no. 55], notifying the Court that the United States and the Polaris Defendants had recently reached a tentative global settlement of all claims against the Polaris Defendants, conditional on the United States obtaining the necessary final approvals. As discussed in the prior stipulation, however, that process is often protracted for this type of case.

The Court's Minute Order [Dkt. no. 56] therefore placed this action on inactive status, vacated the existing dates and deadlines, and required the parties to file a joint status report by September 14, 2021.

Following the Minute Order, the United States has continued to pursue completion of the formal approval process for the settlement with the Polaris Defendants. On July 27, 2021, the Senate confirmed a new Assistant Attorney General for the Environment and National Resources Division. The United States' formal approval process continues to move forward, but it has taken additional time, particularly given the recent administration shift.

The United States has also been negotiating a potential settlement separately with Defendant Yanez. The Parties hope that those negotiations will conclude relatively soon.

The Parties desire to minimize any additional expenditure of costs and fees while the United States works to obtain the approval required to finalize settlement. Allowing this action to remain in its current inactive status while settlement finalization is pursued

by the United States is in the best interests of the Parties, and promotes an efficient and just resolution of the case.

The Parties therefore respectfully request that this matter remain on inactive status. Consistent with the Minute Order [Dkt. no. 56], the Parties propose that they file another joint status report, or alternatively a dismissal pursuant to settlement, within another ninety (90) days, i.e. by December 13, 2021.

Dated: September 10, 2021

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

 /s/ Michael D. Meuti
MICHAEL D. MEUTI

Attorneys for Defendants Polaris Industries, Inc. and Polaris Sales, Inc.

Dated: September 10, 2021

WINET PATRICK GAYER CREIGHTON & HANES

 /s/ Steven A. Tisi
RANDALL L. WINET
STEVEN A. TISI
Attorneys for Defendant Ernest Yanez

Dated:  September 10, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ Daniel A. Beck
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing