TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEVIN B. FINN (Cal. Bar No. 128072)
DANIEL A. BECK (Cal. Bar No. 204496)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2574
    Facsimile: (213) 894-7819
    E-mail: kevin.finn@usdoj.gov
           daniel.beck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>POLARIS INDUSTRIES, INC., POLARIS SALES, INC., ERNEST YANEZ, JR., and Does 1 to 10,<br><br>    Defendants. | Case No. CV 19-6830-ODW (KSx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Hon. Otis D. Wright, II<br>United States District Judge |

1

1  IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: March __, 2022

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

  /s/ Scott A. McMillin
SCOTT A. MCMILLIN

Attorneys for Defendants Polaris Industries, Inc. and Polaris Sales, Inc.

Dated: March __, 2022

WINET PATRICK GAYER CREIGHTON & HANES

  /s/ Steven A. Tisi
RANDALL L. WINET
STEVEN A. TISI
Attorneys for Defendant Ernest Yanez

Dated:  March __, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/ Kevin B. Finn
KEVIN B. FINN*
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing